UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GREGORY STARR,**

    **Plaintiff,**

**v.**                                                          **Case No: 6:16-cv-1059-Orl-41DAB**

**JOHN BORN,**

    **Defendant.**

**ORDER**

THIS CAUSE is before the Court on *pro se* Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 2). United States Magistrate Judge David A. Baker submitted a Report and Recommendation (the "R&R," Doc. 5), which recommends that the motion be denied and that this case be dismissed. *See Jemison v. Mitchell*, 380 F. App'x 904, 907 (11th Cir. 2010) ("Dismissal with prejudice is proper . . . if the *pro se* plaintiff has indicated that he does not wish to amend his complaint or if a more carefully drafted complaint could not state a valid claim.").

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees with the findings of fact and conclusions of law in the R&R.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 14, 2016.



Copies furnished to:

Unrepresented Party